```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TRANE INTERNATIONAL INC. and TRANE      :
U.S., INC.,                             :
                                        :          21cv4497 (DLC)
                                        :
                     Plaintiffs,        :             ORDER
             -v-                        :
                                        :
CALENTADORES DE AMERICA, S.A. DE C.V.   :
and ARISTON THERMO MEXICA S.A. DE C.V.  :
                                        :
                                        :
                     Defendants.        :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 11, 2022, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6) and Rule 12(b)(2), Fed. R. Civ. P. Plaintiffs opposed the motion on February 25. Under Rule 15(a), Fed. R. Civ. P., a plaintiff may amend the complaint once as a matter of course within 21 days after the service of a motion under Rule 12(b), or later with leave of the court. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **March 10, 2022.** It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Defendants' reply, if any, shall be filed by **March 24, 2022.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion

papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        March 1, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge