UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
TRANE INTERNATIONAL INC. and TRANE     :
U.S., INC.,                            :
                                       :        21cv4497 (DLC)
                         Plaintiffs,   :
                                       :            ORDER
            -v-                        :
                                       :
CALENTADORES DE AMERICA, S.A. DE C.V.  :
and ARISTON THERMO MEXICA S.A. DE      :
C.V.,                                  :
                                       :
                         Defendants.   :
                                       :
---------------------------------------X

DENISE COTE, District Judge:

     On February 11, 2022, the defendants filed a motion to

dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.

On March 10, the plaintiffs filed an amended complaint.

Accordingly, it is hereby

     ORDERED that the defendants' February 11 motion shall be

terminated as moot.

     IT IS FURTHER ORDERED that the defendants shall respond to

the amended complaint by **April 1, 2022.**  If the defendants renew

their motion to dismiss, the plaintiffs shall file any

opposition to the renewed motion by **April 22.**  Defendants shall

file any reply by **May 6, 2022.**  At the time any reply is served,

the moving party shall supply Chambers with two (2) courtesy

copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:      New York, New York
            March 10, 2022

_____
                DENISE COTE
         United States District Judge