**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRANE INTERNATIONAL INC. f/k/a
AMERICAN STANDARD INTERNATIONAL,
INC. and TRANE U.S., INC.,

                    Plaintiffs,

-against-

CALENDATDORES DE AMERICA, S.A. DE
C.V. f/k/a GRUPO CALOREX, S. DE R.L. DE
C.V., and ARISTON THERMO MEXICO S.A.
DE C.V.,

                    Defendants.
-----------------------------------------------------------X

21 **CIVIL** 4497 (DLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 13, 2022, the defendants' April 1, 2022 to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

      May 16, 2022

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk